UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BERNARD T. KENNEDY, JR.

      Plaintiff,

V.                                     CIVIL ACTION NO

DIVERSIFIED COLLECTION SERVICES, INC.

Defendant.                          AUGUST 12, 2011

**COMPLAINT**

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; Consumer Collection Agency Act, Conn. Gen. Stat 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. 3 42-110a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in Branford, CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA and has a principal place of business located at 333 North Canyons Parkway, Suite 100, Livermore, CA 94551-7661.

6. Defendant communicated with plaintiff January 5, 2009 in connection with collection efforts with regard to Plaintiff's disputed personal debt.

7. In the collection efforts, the defendant violated the FDCPA, § 1692e by misrepresenting the Plaintiff's right to dispute a debt.

8. The Plaintiff contacted the Defendant by calling the advertised 800 telephone number disclosed on a written demand sent to the Plaintiff by the Defendant.

9. Plaintiff called the defendant and asked if the defendant would note his oral dispute on the account.

10. Defendant advised the Plaintiff that they would not take an oral dispute that he was required to provide written documentation proving his dispute, in addition to a written request to dispute this debt.

11. Defendant advised the Plaintiff that it was his burden to prove to the debt collector that he was entitled to dispute this debt with written documentation.

12. Plaintiff alleged that the Defendant violated §1692 e, f and g.

13. Plaintiff and Defendant settled this matter and executed a settlement agreement on or about February, 2009.

14. On or about July 26, 2011 this same Defendant who was personally aware of the representation of the Plaintiff contacted him in an attempt to collect this same exact debt and violated the FDCPA's prohibition on communicating with represented parties and violated §1692b (6) and §1692c (a)(2).

Second Count.

15. The allegations of the First Count are repeated and re-alleged as if fully set forth herein.

16. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a et seq. including prohibited actions in violation of the Consumer Collection Agency Act, Conn. Gen. Stat 36a-800 et seq.


WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff such damages as are permitted by law including $1,000 statutory damages against the Defendant for violating the FDCPA;

2. Award the Plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law may provide

THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
157 Pine Orchard Road
Branford, CT 06405
Ph  (443) 607-8901
Fax (443) 607-8903
Fed. Bar # CT00680
bernardtkennedy@yahoo.com